In the Matter of the Claim of IRENE BERMAN, Respondent, v. A. WERMAN & SONS et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Gibson, J. P., Herlihy, Reynolds and Taylor, JJ., concur.